BELLEVILLE STONE COMPANY OF NEW JERSEY, PLAINT-IFF IN ERROR, v. ANN COMBEN, ADMINISTRATRIX OF ROBERT COMBEN, DECEASED, DEFENDANT IN ERROR.

Argued June 27, 1898—Decided November 14, 1898.

On error to the Supreme Court. For opinion of the Supreme Court, see 32 *Vroom* 353.

For the plaintiff in error, *Howard W. Hayes.*

For the defendant in error, *Thomas J. Lintott.*

PER CURIAM.

The judgment in this case is affirmed upon the opinion in the Supreme Court.

*For affirmance*—THE CHANCELLOR, COLLINS, DIXON, GARRISON, LIPPINCOTT, VAN SYCKEL, ADAMS, BOGERT, HENDRICKSON, NIXON, VREDENBURGH. 11.

*For reversal*—None.